UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSHUA PATRICK WELDON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:19-cv-00428-JAW |
| | ) |
| STEVE BUTTS, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision, filed November 14, 2019 (ECF No. 4), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint be and hereby is DISMISSED without prejudice.

SO ORDERED.

      /s/ John A. Woodcock, Jr.
      JOHN A. WOODCOCK, JR.
      UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2019